IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 2:10-00011 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| YENNIER CAPOTE GONZALES, | ) | |
| Defendant, | ) | |

**ORDER**

The re-sentencing hearing is set in this action for **Monday, May 19, 2014 at 1:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the 25th day of April, 2014

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court