IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-cr-00011 |
| | ) | CHIEF JUDGE HAYNES |
| YENNIER CAPOTE GONZALEZ | ) | |

## GOVERNMENT'S UNOPPOSED MOTION TO REQUEST THAT THE U.S. PROBATION SUBMIT A REVISED PRESENTENCE REPORT

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant U.S. Attorney, respectfully requests that the Court order the U.S. Probation Office to submit a revised presentence investigation report in this matter.

In support of this motion, the Government submits that the U.S. Probation Office has indicated to the parties that, in light of the vacated counts of conviction, its calculation of Defendant's guidelines pursuant to the U.S. Sentencing Guidelines is likely to change. Given the possible change to Defendant's sentencing guidelines, a revised presentence investigation would assist the parties and the Court in preparing for and conducting the re-sentencing in this case. The Government has conferred with counsel to Defendant, who does not oppose this motion. The Government has conferred with the U.S. Probation Office, which supports the filing of this motion.

*[handwritten: motion is granted]*

*[signatures]*
5-29-14