IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-cr-00011 |
| | ) | CHIEF JUDGE HAYNES |
| YENNIER CAPOTE GONZALEZ | ) | |

## GOVERNMENT'S UNOPPOSED MOTION TO RESET RE-SENTENCING HEARING

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant U.S. Attorney, respectfully requests that the Court reset the re-sentencing hearing in this matter, currently scheduled for June 9, 2014 at 3:00pm, for June 30, July 18, July 21, July 25, or another date convenient for the Court.

In support of this motion, the Government submits that the U.S. Probation Office has indicated that it is likely to file a revised presentence investigation report in this matter, and that additional time is warranted to permit the parties to communicate with the U.S. Probation Office regarding this report, to consider whether to object to any aspect of this report, and to file objections to this report, if appropriate. The Government has conferred with counsel for the defendant, who does not oppose this motion. Counsel for the Government and the defendant are available on June 30, July 18, July 21, or July 25.

*[Handwritten annotation: GRANTED. This matter is Sentencing is set for June 30, 2014 at 3:30 pm. /s/ [Judge signature] 5-28-14]*