IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:10-cr-0011 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| YENNIER CAPOTE GONZALES | ) | |

**ORDER**

The re-sentencing hearing previously set in this action for Monday, June 30, 2014 at 3:30 p.m. is reset for **Friday, June 27, 2014 at 4:00 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 11th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge