IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-cr-00011 |
| | ) | CHIEF JUDGE HAYNES |
| YENNIER CAPOTE GONZALEZ | ) | |

### GOVERNMENT'S UNOPPOSED MOTION TO RESET RE-SENTENCING HEARING

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant U.S. Attorney, respectfully requests that the Court reset the re-sentencing hearing in this matter, currently scheduled for June 27, 2014 at 4:00pm, for July 10, July 14 (in the afternoon), July 18, July 21, or another date convenient for the Court.

In support of this motion, the Government submits that the undersigned Assistant U.S. Attorney will be out of state on June 27, 2014, and that counsel for defendant has advised that June 27 is also a bad date for her. The Government has conferred with counsel for the defendant, who does not oppose this motion. Counsel for the Government and the defendant are available on July 10, the afternoon of July 14, July 18, and July 21.

*[Handwritten order: GRANTED. This motion is GRANTED. The hearing is reset for July 10, 2014 at 4:00pm. /s/ William J. Haynes 6-12-14]*